**Robert HAYES, Plaintiff—Appellant,**

v.

**BOARD OF ELECTION FOR BALTIMORE CITY; Baltimore City Police Commissioner, Defendants—Appellees.**

No. 05–1793.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 17, 2005.

Decided Nov. 22, 2005.

Robert Hayes, Appellant Pro Se.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Hayes appeals the district court's order dismissing as frivolous his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hayes v. Bd. of Election,* No. CA–05–1699–1–AMD (D. Md. filed July 7, 2005 & entered July 8, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*